IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **483940-V**

TO:

    **ANA LUCIA VIEIRA**
    **APT 101**
    **18016 COTTAGE GARDEN DRIVE**
    **GERMANTOWN MD 20874**

**(Service Address)**
**(Same as addressee)**

You are hereby summoned to file a <u>written</u> response by pleading or motion in this court to the attached complaint filed by:

    **MARTA VELASQUEZ FLORES**

within **30** days after service of this summons upon you.

    Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately.  If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

Date Issued: **11/04/2020**



Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service.  If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

### RETURN

[  ] Served _____ on _____ at _____
             (Whom)                           (Date)            (City/State/Country)

[  ] Summons and [  ] Show Cause Order and [  ] Complaint/Petition/Motion Served

[  ] Unserved _____ _____
               (Date)            (Reason)

_____ [  ] Sheriff
    (Signature)



**Barbara H. Meiklejohn**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397
November  4, 2020

RE:  Notice of New Case Number for
MARTA VELASQUEZ FLORES vs ELITE COMMERCIAL CLEANING LLC, ET AL
Reference Case#: N/A
Case Type: VIOLATION
(836)

Dear Sir/Madam:

Please be advised that the above referenced case was received on November  2, 2020, in the office of the Clerk for Montgomery County. This matter has been assigned case number 483940-V_____.  Please include this case number on all future papers to be filed in this case.

Sincerely,

Clerk of the Circuit Court
for Montgomery County,
Maryland

ANA LUCIA VIEIRA
APT 101
18016 COTTAGE GARDEN DRIVE
GERMANTOWN MD 20874

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| **MARTA VELASQUEZ FLORES** | : |
|    Plaintiff | : |
| | : |
| | : |
|      v. | :   Case No. **483940-V** |
| | :   COMPLAINT FILED ON: 11/02/2020 |
| **ELITE COMMERCIAL CLEANING LLC, ET AL** | : |
|    Defendant | : |

### Scheduling Order - Track 3
(738)

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT:   [ATTENDANCE REQUIRED AT EVENTS] | **DEADLINE:** |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | *02/01/2021* |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | *03/01/2021* |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | *03/30/2021* |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | *06/01/2021* |
| *DEADLINE: DISCOVERY COMPLETED* | *07/13/2021* |
| *DEADLINE: ADD'L PARTIES JOINDER* | *07/23/2021* |

**MEETING OF ALL COUNSEL, 07/28/2021 Time and place to be determined PLUS DEADLINES:**

| | |
|---|---|
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | *07/28/2021* |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | *07/28/2021* |
| *DEADLINE: ADR DEADLINE* | *08/02/2021* |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | *07/26/2021* |

**SETTLEMENT CONFERENCE/PRETRIAL HEARING, 08/12/2021 02:30 PM ATTENDANCE REQUIRED**

    *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.*

**TRIAL COUNSEL SHALL APPEAR** AT THE SETTLEMENT CONFERENCE/PRETRIAL HEARING, ACCOMPANIED BY THE PARTIES AND THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. **MOTIONS** FILED IN TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 AND 2-341.

AFTER THE SETTLEMENT CONFERENCE, IF NEEDED, THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED. **[TRIAL DATE BETWEEN: 09/14/2021 AND 12/23/2021.]**

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

*Robert A Greenberg*
_____
Robert A. Greenberg
Circuit Administrative Judge

ANA LUCIA VIEIRA
APT 101
18016 COTTAGE GARDEN DRIVE
GERMANTOWN MD 20874

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL FOR THE DEFENDANT SHALL NOTIFY THE DCM COORDINATOR AT (240) 777-9358. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and www.montgomerycountymd.gov/circuitcourtDCM.

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARTA VELASQUEZ FLORES**
    **Plaintiff**

                             :  **Case No. 483940-V**
    v.                        :  Settlement Conference/
                             :  Pretrial: **08/12/2021** time **2:30 PM**

**ELITE COMMERCIAL CLEANING LLC, ET AL**
    **Defendant**

## ORDER FOR MANDATORY SETTLEMENT CONFERENCE/PRETRIAL HEARING - TRACK 3
### (179)
### COMPLAINT FILED ON 11/02/2020

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this <u>4th day of November, 2020,</u> by the Circuit Court for Montgomery County, Maryland,

**ORDERED,** that parties, representatives with authority to settle a case, and trial counsel shall appear in court for a Settlement Conference and a subsequent Pretrial Hearing on the date set forth above. No further notice will be given of this date.  Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case.  If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Settlement/Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

ANA LUCIA VIEIRA
APT 101
18016 COTTAGE GARDEN DRIVE
GERMANTOWN MD 20874

Case No. **483940-V**

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

11. Pleadings and Discovery Responses: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. Demonstrative or Physical Evidence: Describe any items of non-testimonial, non-documentary evidence -- models, samples, objects, etc. -- to be utilized at trial.

13. Videotapes: Identify any videotapes to be shown to the jury and authority for doing so.

14. Requested Jury Selection Questions: Identify those agreed upon and include any objections made by either side.

15. Pattern Jury Instructions: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. Non-Pattern Jury Instructions. Supply complete text of each instruction, with authorities, on a separate page.

17. Verdict Sheet (if requested): Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. Settlement: Minimum demand; Maximum offer.

19. Estimated Length of Trial: _#_ days;

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days **(DEADLINE: 07/26/2021)** before the Mandatory Settlement Conference and Pretrial Hearing; and it is further,

**ORDERED**, that in cases that have not reached a settlement by the Settlement Conference and Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle participate in good faith in a Settlement Conference. It is further ordered that parties not reaching settlement proceed to a Pretrial Hearing before the Administrative Judge in order to set a trial date and resolve other pretrial issues.

*Robert A Greenberg*

Robert A. Greenberg
Circuit Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**MARTA VELASQUEZ FLORES**       :
      Plaintiff       :
      :
      v.       :   Case No. **483940-V**
      :   Judge:
**ELITE COMMERCIAL CLEANING LLC, ET AL**
      Defendant       :

## SCHEDULING NOTICE AND ORDER OF COURT - TRACK 3
(1953)
**COMPLAINT FILED ON 11/02/2020**

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1) <u>Proof of Service</u>. Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.

    b) As to any Defendant not timely served, the Court may sever the case against that party.

    c) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint:  DEADLINE: 03/01/2021**

    d) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.

    f) **<u>FAILURE TO SERVE A PARTY WILL NOT RESULT IN A MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER</u>**

2) <u>Answer or Other Responsive Pleading</u>. Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321.  If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3) <u>Initial Discovery</u>. No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues

ANA LUCIA VIEIRA
APT 101
18016 COTTAGE GARDEN DRIVE
GERMANTOWN MD 20874

Case No. 483940-V

and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no circumstances may this information be withheld.

4) <u>Discovery of Electronic Information</u>. Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner of conducting discovery regarding electronic information, and the parties should address the following:

a) Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;
b) Exchange of discoverable information in electronic format where appropriate, including:
  i) The format of production, *i.e.*, PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, *etc.*, and the storage media on which the information shall be exchanged; and
  ii) Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.
c) Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;
d) The manner of handling inadvertent production of privileged materials; and
e) Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5) <u>Attorneys' Fees</u>. If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury. The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules. If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue. (See Rules 2-703, 2-704 and 2-705.)

7) <u>Mediation</u>. PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE. PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE). Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator. Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court. Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an objection to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

Date: 11/04/2020

*Robert A Greenberg*

Robert A. Greenberg
Circuit Administrative Judge

Questions?  Please see www.montgomerycountymd.gov/circuitcourtDCM or call the DCM coordinator at 240-777-9358.

Page Two of Two

# Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850

### ADMINISTRATIVE NOTICE

You have received the attached notice and/or Order of the Court from the Circuit Court for Montgomery County.

Due to the COVID-19 pandemic, many court proceedings are being held remotely. This means it is possible that your court appearance may be by telephone or videoconference.

If you are represented by an attorney, please contact him or her to determine whether you need to personally appear in court.

If you are not represented by an attorney, please contact the Montgomery County Circuit Court Assignment Office at 240-777-9000 to determine whether your personal appearance is required at the courthouse on the day(s) in question. Please be sure the Court is provided with an email address and/or telephone number where you can be reached.

Robert A. Greenberg,
County Administrative Judge

IN THE CIRCUIT COURT FOR ...........................................................................................
.................................................................................................... (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☐ PLAINTIFF  ☐ DEFENDANT      CASE NUMBER .................................
(Clerk to insert)

CASE NAME: .................................................... vs. ....................................................
  Plaintiff                                    Defendant

PARTY'S NAME: ...........................................................  PHONE: ....................

PARTY'S ADDRESS: ...................................................................................

PARTY'S E-MAIL: ......................................................................................

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: .................................................................

PARTY'S ATTORNEY'S ADDRESS: ...........................  PHONE: ....................

PARTY'S ATTORNEY'S E-MAIL: ...............................................................

JURY DEMAND? ☐ Yes ☐ No

RELATED CASE PENDING? ☐ Yes ☐ No  If yes, Case #(s), if known: ...............

ANTICIPATED LENGTH OF TRIAL?: ........ hours ........ days

### PLEADING TYPE

New Case:  ☐ Original      ☐ Administrative Appeal  ☐ Appeal

Existing Case: ☐ Post-Judgment      ☐ Amendment

*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: ............
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

- ☐ Under $10,000
- ☐ $10,000 - $30,000
- ☐ $30,000 - $100,000
- ☐ Over $100,000

☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☐ No          C. Settlement Conference ☐ Yes ☐ No
B. Arbitration ☐ Yes ☐ No          D. Neutral Evaluation ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*
*(Case will be tracked accordingly)*

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

- ☐ Expedited- Trial within 7 months of Defendant's response
- ☐ Standard - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES* under *Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ............................... |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

........................................................
Date

........................................................
Address

........................................................
City       State    Zip Code

........................................................
Signature of Counsel / Party

........................................................
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MARTA VELASQUEZ FLORES<br>5929 Prince George Street<br>Baltimore, MD 21207 | *<br>*<br>* |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | * |
| ELITE COMMERCIAL CLEANING, L.L.C.<br>18016 Cottage Garden Drive, Apt. 101<br>Germantown, MD 20874 | *<br>*<br>* |
| | * |
|     Serve:  Irwin Liptz, Esq.<br>           10411 Motor City Drive, Suite 500<br>           Bethesda, MD 20817 | *<br>*<br>* |
| | * |
| ANA LUCIA VIEIRA<br>18016 Cottage Garden Drive, Apt. 101<br>Germantown, MD 20874 | *<br>*<br>* |
| | * |
| DEFENDANTS. | * |
| | * |

Case No.: V483940

**RECEIVED**

NOV 0 2 2020

Clerk of the Circuit Court
Montgomery County, Md.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>COMPLAINT</u>

The plaintiff, Marta Velasquez Flores ("Plaintiff"), by and through undersigned counsel,

submits this Complaint against the defendants, Elite Commercial Cleaning, L.L.C. ("Elite") and

Ana Lucia Vieira ("Vieira") (collectively, "Defendants") to recover damages under the Fair

Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), the Maryland Wage and Hour Law,

Md. Code Ann., Lab. & Emp. §§ 3-401, *et seq.* ("MWHL"), the Montgomery County Minimum

Wage Law, Montgomery Cnty. Code §§27-67, *et seq.* ("MCMWL"), and the Maryland Wage

Payment and Collection Law, Md. Code Ann., Lab. & Emp., §§ 3-501, *et seq.*  ("MWPCL"), as

set forth below.

## PARTIES AND JURISDICTION

1.      Plaintiff is an adult resident of Maryland.

2.      Defendant Elite is a Maryland limited liability company providing commercial cleaning services out of 18016 Cottage Garden Drive, Germantown, Maryland.

3.      Vieira is an adult resident of Maryland, and owner and manager owner of defendant Elite.  At all relevant times, Vieira had operational control over the business, including the directing of day-to-day employment decisions.  Vieira employed Plaintiff, established her wage rates, and is personally responsible for the unlawful acts alleged in this Complaint

4.      At all relevant times, Plaintiff was an employee of Defendants within the meaning of the FLSA, MWHL, MCMWL, and MWPCL.

5.      At all relevant times, Plaintiff was an employee engaged in commerce and/or an employee in an enterprise engaged in commerce within the meaning of 29 U.S.C. §§206(a) and 207(a)(1).

6.      At all relevant times, Defendants were each and all employers of Plaintiff as that term is defined by 29 U.S.C. §203(d), Md. Labor & Employment §§ 3-401(b) and 3-501(b), and Montgomery Cnty. Code §27-67(b).

## FACTS

7.      Plaintiff worked as a maid in Defendants' cleaning service from around January 15, 2019 to May 21, 2019 ("Period 1") and from October 28, 2019 to March 25, 2020 ("Period 2").

8.      Plaintiff worked a varying schedule between one and seven days per week in accordance with Defendants' needs.

9.      Defendants paid Plaintiff at varying piece rates per cleaning assignment.

2

10.     Defendants did not compensate Plaintiff for the use of her car to travel between multiple assignments on the same day and for depleted cleaning products Plaintiff had to replenish with her own money.

11.     The unreimbursed expenses brought Plaintiff's effective hourly rate below the Montgomery County minimum wage in Period 1 and further increased the minimum wage deficiency in Period 2.

12.     Plaintiff worked more forty hours per week during nine weeks of her employment, up to a maximum of around 66 hours.

13.     Defendants did not pay Plaintiff at the overtime premium rate of one and one-half times her regular rate for all hours over forty worked in each one-week period.

14.     Defendants did not pay Plaintiff any wages for the last four weeks of her employment.

## <u>COUNT ONE</u>
### MWHL Minimum Wage Violations

15.     Plaintiff incorporates the foregoing paragraphs as if fully stated herein.

16.     Defendants' failure to pay Plaintiff at least the Maryland minimum wage for each hour worked violates Md. Code Ann., Lab. & Emp. §3-413(b).

17.     Defendants' failure and refusal to pay Plaintiff at least the Maryland minimum wage for all hours worked was willful and not in good faith inasmuch as Defendants were aware or reasonably should have been aware of their obligation to pay Plaintiff consistent with the MWHL but did not do so.

18.     As a result of Defendants' unlawful conduct, Plaintiff suffered a loss of wages and consequential damages.

WHEREFORE, Defendants are liable to Plaintiff under Count One for unpaid minimum wages in such amounts as will be proven at trial, plus an equal amount as liquidated damages, interest (both pre- and post-judgment), attorneys' fees, the costs of this action, and any other and further relief this Court deems appropriate.

## COUNT TWO
### MCMWL Minimum Wage Violations

19.    Plaintiff incorporates the foregoing paragraphs as if fully stated herein.

20.    Defendants' failure to pay Plaintiff at least the Montgomery County minimum wage for each hour worked violates Montgomery Cnty. Code §27-67(b).

21.    Defendants' failure and refusal to pay Plaintiff at least the Montgomery County minimum wage for all hours worked was willful and not in good faith inasmuch as Defendants were aware or reasonably should have been aware of their obligation to pay Plaintiff consistent with the MCMWL but did not do so.

22.    As a result of Defendants' unlawful conduct, Plaintiff suffered a loss of wages and consequential damages.

WHEREFORE, Defendants are liable to Plaintiff under Count Two for unpaid minimum wages in such amounts as will be proven at trial, plus an equal amount as liquidated damages, interest (both pre- and post-judgment), attorneys' fees, the costs of this action, and any other and further relief this Court deems appropriate.

## COUNT THREE
### FLSA and MWHL Overtime Violations

23.    Plaintiff incorporates the foregoing paragraphs as if fully stated herein.

24.    Defendants' failure to pay Plaintiff wages at the rate of one and one-half times her lawful regular hourly rate for hours worked in excess of forty in each one-week period violates

4

both, 29 U.S.C. §207 and Md. Code Ann., Lab. & Emp. §3-415.

25.     Defendants' failure to pay overtime wages as required by 29 U.S.C. §207 and Md. Code Ann., Lab. & Emp. §3-415 was willful and not in good faith inasmuch as Defendants were aware or reasonably should have been aware of their obligation to pay Plaintiff consistent with the FLSA and MWHL but did not do so.

26.     As a result of Defendants' unlawful conduct, Plaintiff suffered a loss of wages and consequential damages.

WHEREFORE, Defendants are liable, jointly and severally, to Plaintiffs under Count Three for overtime wages in such amounts as are proven at trial, plus an equal amount in liquidated damages, interest (both pre- and post- judgment), reasonable attorney's fees, the costs of this action, and any other and further relief this Court deems appropriate.

## COUNT FOUR
### MWPCL Wage Payment Violations

27.     Plaintiff incorporates the foregoing paragraphs as if fully stated herein.

28.     Under the MWPCL, Defendants were obligated to pay all wages due for the work Plaintiff performed, including applicable minimum wages and overtime.

29.     Defendants' failure and refusal to pay all wages due to Plaintiff was not the result of any *bona fide* dispute.

WHEREFORE, Defendants are liable to Plaintiff under Count Three for three times (3x) the amount of all unpaid minimum wages, for attorney's fees, costs, and expenses of this action incurred as a result of Defendants' failure to pay Plaintiff what was legally owed, and for such other legal and equitable relief from Defendants' unlawful and willful conduct as the Court deems proper.

5

Respectfully submitted,

*/ s / Mariusz Kurzyna*

Mariusz Kurzyna (CPF # 1707170001)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
mkurzyna@zagfirm.com

*Counsel for Plaintiff*

6

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Montgomery County

Located at 50 Maryland Avenue, Rockville, MD 20850  Case No. _____

Court Address                              City/County

STATE OF MARYLAND
or
Marta Velasquez Flores                      vs.          Elite Commercial Cleaning, L.L.C. et al

Plaintiff/Petitioner                                              Defendant/Respondent

## REQUEST FOR SPOKEN LANGUAGE INTERPRETER

Requests for interpreter should be submitted to the court not less than thirty (30) days before the proceeding for which the interpreter is requested.

Type of court proceeding: ☐ Criminal ☒ Civil ☐ Traffic ☐ Juvenile ☐ Family ☐ Other: _____

If this request is for Juvenile, please check the appropriate box:      ☐ Delinquent ☐ Child in Need of Assistance (CINA)
☐ Child in Need of Supervision (CINS) ☐ Termination of Parental Rights (TPR) ☐ Adoption ☐ Other: _____

1. Hearing/trial date: _____ Time: _____ Courtroom: _____

☐ An interpreter is needed for THIS HEARING OR EVENT ONLY.

☒ I am a party (Plaintiff or Defendant) and need an interpreter FOR ALL HEARINGS & EVENTS RELATED TO THIS CASE, unless indicated otherwise.

2. Location of hearing/trial: _____      3. **LANGUAGE:** Spanish

4. **DIALECT:** El Salvador      5. Country & region where language is spoken (do not omit): El Salvador

Name of Person Requesting Interpreter: Mariusz Kurzyna

Name of Person Who Needs Interpreter: Marta Velasquez Flores

Person Needing Interpreter is the:
☐ Defendant/Respondent      ☐ Attorney
☒ Plaintiff/Petitioner      ☐ Victim
☐ Victim's Representative (includes a family member or guardian of a victim who is a minor, deceased, or disabled)
☐ Witness for: ☐ the Defendant/Respondent ☐ the State ☐ the Plaintiff/Petitioner ☐ Other: _____

**NOTICE: If a court hearing or proceeding is postponed or continued, you do not need to make a new interpreter request. An interpreter will be provided for the new hearing date.**

| | | |
|---|---|---|
| 10/28/2020 | /s/ Mariusz Kurzyna | 1707170001 |
| Date | Signature of Applicant/Applicant's Attorney or Representative | CPF ID No. |
| Mariusz Kurzyna | 301-587-9373 | |
| Printed Name | Telephone Number | |
| 8757 Georgia Avenue, Suite 400 | 240-839-9142 | |
| Address | Fax | |
| Silver Spring, MD 20910 | mkurzyna@zagfirm.com | |
| City, State, Zip | E-mail | |

CC-DC-041 (Rev. 12/2019)

IN THE CIRCUIT COURT FOR Montgomery County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF  ☐DEFENDANT    CASE NUMBER _____
(Clerk to insert)

CASE NAME: Marta Velasquez Flores                    vs. Elite Commercial Cleaning, L.L.C. et al
            Plaintiff                                     Defendant

PARTY'S NAME: Marta Velasquez Flores          PHONE: _____

PARTY'S ADDRESS: 5929 Prince George Street, Baltimore, MD 21207

PARTY'S E-MAIL: _____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Mariusz Kurzyna          PHONE: 301-587-9373

PARTY'S ATTORNEY'S ADDRESS: 8757 Georgia Avenue, Suite 400, Silver Spring, MD 20910

PARTY'S ATTORNEY'S E-MAIL: mkurzyna@zagfirm.com

JURY DEMAND? ☐Yes  ☒No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL?: _____ hours  2 days

### PLEADING TYPE

New Case:  ☒Original       ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☒ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☒ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default

- ☒ Judgment-Interest
- ☐ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☒ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation    ☐ Yes  ☒ No          C. Settlement Conference  ☒ Yes  ☐ No
B. Arbitration  ☐ Yes  ☒ No          D. Neutral Evaluation     ☐ Yes  ☒ No

## SPECIAL REQUIREMENTS

☒ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.* **(Case will be tracked accordingly)**

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☒ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

- ☐ **Expedited**- Trial within 7 months of Defendant's response
- ☐ **Standard** - Trial within 18 months of Defendant's response

## EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response      ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ........................... . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

10/28/2020
Date

8757 Georgia Avenue, Suite 400
Address

Silver Spring      MD      20910
City      State      Zip Code

/s/ Mariusz Kurzyna
Signature of Counsel / Party

Mariusz Kurzyna (CPF # 1707170001)
Printed Name